UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

                Plaintiff,      Case No. 15-cr-20581

v.                                  Judith E. Levy
                                    United States District Judge

Joseph James Roe,

                Defendant.

_____/

## OPINION AND ORDER GRANTING IN PART DEFENDANT'S RENEWED MOTION FOR COMPASSIONATE RELEASE [370]

This case is before the Court on Defendant's Renewed Motion for Compassionate Release. (ECF No. 370.) On July 15, 2020, a hearing was held by video conference and oral argument was heard. For the reasons set forth on the record, Defendant's motion is GRANTED IN PART.

Defendant is released to a term of supervised release, which is amended to five years (sixty months). All other conditions of Defendant's release are set forth in the Amended Judgment.

      IT IS SO ORDERED.

Dated: July 16, 2020                      s/Judith E. Levy

2

Ann Arbor, Michigan         JUDITH E. LEVY
                            United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 16, 2020.

                            s/William Barkholz
                            WILLIAM BARKHOLZ
                            Case Manager